MINUTE ENTRY
JANUARY 15, 2020
ROBY, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-175 |
| THOMAS LANDRY | SECTION: E |

INITIAL APPEARANCE

APPEARANCES:  X  DEFENDANT WITH/(WITHOUT) COUNSEL  _____

_____

X  ASSISTANT U.S. ATTORNEY   BRITTANY REED, Melissa Bucker For

___ INTERPRETER  _____

Designated by Court and sworn.   Time: _____ .M  to  _____ M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE SUPERSEDING INDICTMENT WAS:
    (READ)  WAIVED   SUMMARIZED

_ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

_ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 08

_/ BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

_/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ (ARRAIGNMENT) IS SET FOR  January 17, 2020 @ 10AM

_/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

January 17, 2020 @ 10AM

X DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/(ARRAIGNMENT)/(DETENTION HEARING)/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

*[signature]*